IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| STUART A. JONES | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:06-CV-331-Y |
| | § | |
| ALLIED WASTE SYSTEMS, INC. d/b/a | § | |
| TRINITY WASTE SYSTEMS and | § | |
| FORT WORTH LANDFILL TX, LP | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

On October 6, 2006, the United States magistrate judge issued an order, including findings and recommendation regarding the Anti-Injunction Act. No party has timely filed objections to the findings and recommendations. Thus, de-novo review is not required. *See* 28 U.S.C. § 636(b)(1). Nevertheless, the Court has reviewed the findings for plain error and has found none. After consideration of this matter, the Court holds that the findings should be and are hereby ADOPTED as the findings and conclusions of this Court. Thus, Defendants' motion to enjoin duplicative state-court proceedings is GRANTED. *See* 28 U.S.C. § 2283.

SIGNED October 31, 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE